TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00654-CV

Monaco Coach Corporation, Appellant

v.

James L. Schenck, Appellee

SUIT FOR JUDICIAL REVIEW PURSUANT TO

TEXAS MOTOR VEHICLE COMMISSION CODE

PER CURIAM

 Monaco Coach Corporation and James A. Schenck jointly move this Court to
dismiss the appeal. We grant the parties' motion.

 We dismiss the appeal. See Tex. R. App. P. 42.1(a).

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Dismissed on Joint Motion

Filed: March 29, 2001

Do Not Publish